UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRANDON K. HAMMER, by his mother and court appointed guardian, Sarah Hammer, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 4:20-cv-00201-DML-SEB<br>) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

# Judgment

The court, having issued its Decision on Complaint for Judicial Review, enters judgment REVERSING and REMANDING under sentence four of 42 U.S.C. § 405(g) the Commissioner's decision that the plaintiff was not disabled.

So ORDERED.

Dated: February 18, 2022

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
   Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record by email through the court's ECF system